COLONIAL SAVINGS, F.A.,
Plaintiff/Respondent,

v.

Byron HAYES, Defendant/Appellant,

Annie Joyce Group LLC, and Quintin Clemmons, Defendants.

No. ED 97469.

Missouri Court of Appeals, Eastern District, Division Two.

Sept. 11, 2012.

Scott D. Mosier, Millsap & Singer, LLC, Chesterfield, MO, for respondent.

Byron R. Hayes, St. Louis, MO, appellant acting pro se.

Before KATHIANNE KNAUP CRANE, P.J., MARY K. HOFF, J., and ROY L. RICHTER, J.

*ORDER*

PER CURIAM.

Defendant, Byron Hayes, appeals *pro se* from the entry of summary judgment in favor of plaintiff, Colonial Savings, F.A. No error of law appears. A written opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).

Before KATHIANNE KNAUP CRANE, P.J., MARY K. HOFF, J., and ROY L. RICHTER, J.